1  JEFFREY A. ROSENFELD (Bar No. 136896)
   ANA TAGVORYAN (Bar No. 246536)
2  MATTHEW CAPLAN (Bar No. 260388)
   **DLA PIPER LLP (US)**
3  1999 Avenue of the Stars, Suite 400
   Los Angeles, CA 90067-6022
4  Tel: 310.595.3000
   Fax: 310.595.3300
5  jeffrey.rosenfeld@dlapiper.com
   ana.tagvoryan@dlapiper.com
6  matthew.caplan@dlapiper.com

7  Attorneys for Defendant
   COMERICA BANK
8

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 60FRAMES ENTERTAINMENT CORPORATION, a Delaware corporation,<br><br>            Plaintiff,<br><br>     v.<br><br>COMERICA BANK, a Texas corporation; and DOES 1 through 10, inclusive,<br><br>            Defendants. | CASE NO. CV 09-00893 PVT<br><br>[Assigned to Hon. Patricia V. Trumbull]<br><br>[XXXXXXXXXXX**D**] **ORDER GRANTING STIPULATION EXTENDING TIME TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>Complaint Filed: November 5, 2008 |

1  The Court has considered the Parties' Stipulation Extending Time to
2  Respond to the First Amended Complaint ("Stipulation"), and the records and
3  files herein. The Court finds that the Stipulation has been filed in accordance
4  with the Civil Local Rules and, for good cause appearing, the Court hereby
5  ORDERS that the Stipulation is GRANTED and Defendant's time to respond to
6  the First Amended Complaint is extended to April 13, 2009.

**IT IS SO ORDERED.**

Dated: March 18, 2009

_____
United States ~~xxxxxxx~~ Judge
Magistrate

-1-
WEST\21680689.1   PROPOSED ORDER GRANTING STIPULATION
DLA PIPER LLP (US)